IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MISNY & ASSOCIATES CO., L.P.A. | CASE NO.: 1:15-cv-00681-DCN |
| Plaintiff | JUDGE DONALD C. NUGENT |
| v. | **STIPULATION** |
| AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC, et. al., | |
| Defendants. | |

Plaintiff Misny & Associates Co., L.P.A. ("Misny Firm"), Defendants Benjamin Anderson, Justin Witkin and Bryan Aylstock ("Individual Defendants") and Defendant Aylstock, Witkin, Kreis & Overholtz, PLLC ("Aylstock Firm") stipulate as follows:

1. The Motion to Remand (Doc. #13) filed by the Misny Firm is withdrawn;

2. The Motion to Dismiss, Or, Alternatively, Motion for Summary Judgment (Doc. #3) filed by Defendant Anderson is withdrawn;

3. The Motion to Dismiss Or, Alternatively, to Transfer Venue (Doc. #6) filed by Defendants Aylstock Firm, Witkin and Aylstock is withdrawn;

4. This Court has jurisdiction over Defendants and venue in this judicial district is proper and convenient for all purposes;

5. Defendants waive any right to file a motion under or assert any right or defense enumerated in and/or arising out of any of the following or their substantial equivalent:

    a. Fed. R. Civ. P. 12(b);

    b. Fed. R. Civ. P. 12(c);

    c. 28 U.S.C. §§ 1391, 1404 and 1406;

    d. O.R.C. § 2307.382;

    e. *National Union Fire Ins. Co. v. Wuerth*, 122 Ohio St.3d 594, 2009-Ohio-3601, 913 N.E.2d 939 (Ohio 2009);

    f. Any claim or assertion of the doctrine of *forum non conveniens*;

    g. Any claim or assertion of improper, insufficient or inconvenient venue; and

    h. Any claim or assertion of lack of personal jurisdiction;

  6. Nothing in this stipulation bars the Aylstock Firm from asserting in a motion under Fed. R. Civ. P. 56 any defense, including defenses grounded in the economic loss doctrine, any applicable statute of limitations and contract existence and formation, not waived in ¶5.

  7. If requested, upon reasonable notice at a date and time mutually convenient as agreed upon by counsel, Defendant Anderson shall be appear for deposition, without subpoena, in Cleveland, Ohio and Defendants Aylstock and Witkin shall appear for deposition, without subpoena, in Pensacola, Florida.

  8. The Aylstock Firm shall not assert and waives any claim or defense that it is not bound by or liable for the acts or omissions of any of the Individual Defendants or that any Individual Defendant, for purposes of the captioned matter, was acting outside the scope of employment or agency of the Aylstock Firm or otherwise ultra vires with respect to the Aylstock Firm; and

  9. Without prejudice to any claim in the captioned matter, the Individual Defendants are dismissed with prejudice; however should there be any dissolution, significant change in the corporate entity, identity or ownership, or a significant change in the cases within the representation of the Aylstock Firm, then the dismissals of the Individual Defendants set forth in this paragraph is null and void and the applicable statute of limitations on claims against the Individual Defendants shall be deemed to have been tolled from the from the date of this stipulation.

Respectfully submitted,

| | |
|---|---|
| /s/ Scott Robinson | /s/ Aparesh Paul |
| Scott Robinson (0074053) | Joel Levin (0010671) |
| Jim Vail (0013174) | Aparesh Paul (0077119) |
| Schneider, Smeltz, Ranney & LaFond, PLL | Mark M. Mikhaiel (0091656) |
| 1111 Superior Avenue, Suite 1000 | LEVIN & ASSOCIATES CO., L.P.A. |
| Cleveland, Ohio 44114 | The Tower at Erieview, Suite 1100 |
| (216) 696-4200 | 1301 East 9th Street |
| srobinson@ssrl.com | Cleveland, Ohio 44114 |
| jvail@ssrl.com | (216) 928-0600 |
| Attorneys for Defendants | (216) 928-0016 (fax) |
| Defendants Benjamin Anderson, | jl@levinandassociates.com |
| Justin Witkin, Bryan Aylstock | ap@levinandassociates.com |
| Aylstock, Witkin, Kreis & Overholtz, PLLC | mm@levinandassociates.com |
| | Attorneys for Plaintiff |
| | Misny & Associates Co. L.P.A. |

## SERVICE

A copy of the foregoing Stipulation was filed electronically with the Court on this 22nd day of July 2015. Notice of this filing will be sent by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Aparesh Paul
Aparesh Paul (0077119)
Attorney for Plaintiff