# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| MISNY & ASSOCIATES CO., L.P.A. | ) | CASE NO. 1:15-CV-00681-DCN |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | |
| | ) | **STIPULATION** |
| AYLSTOCK, WITKIN, KREIS & | ) | |
| OVERHOLTZ, PLLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

For purposes of the trial in the captioned matter, the parties stipulate to the following:

1. All exhibits exchanged by the parties in advance of trial are deemed authenticated under Article IX of the Federal Rules of Evidence.
2. Designated deposition transcripts for non-appearing witnesses will be entered into evidence for the Court, without reading those deposition transcripts into the record.

| | |
|---|---|
| s/ Joel Levin | /s/ Colleen O'Neil |
| Joel Levin         (0010671) | Colleen M. O'Neil (0066576) |
| Aparesh Paul     (0077119) | Alexander B. Reich (0084869) |
| Mark M. Mikhaiel    (0091656) | Kathryn G. Andrachik (0093998) |
| LEVIN & ASSOCIATES CO., L.P.A. | CALFEE, HALTER & GRISWOLD LLP |
| The Tower at Erieview, Suite 1100 | The Calfee Building |
| 1301 East 9th Street | 1405 East Sixth Street |
| Cleveland, Ohio 44114 | Cleveland, OH 44114-1607 |
| Telephone:  (216) 928-0600 | (216) 622-8200 (phone) |
| Facsimile:  (216) 928-0016 | (216) 241-0816 (Fax) |
| jl@levinandassocaites.com | coneil@calfee.com |
| ap@levinandassociates.com | areich@calfee.com |
| mm@levinandassociates.com | kandrachik@calfee.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

The foregoing Stipulation was filed electronically with the Court on this 1st day of February, 2017. Notice of this filing will be sent by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Joel Levin
Joel Levin          (0010671)