IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MISNY & ASSOCIATES CO., L.P.A., | ) | CASE NO. 1:15 CV 681 |
| | ) | |
| Plaintiff, | ) | |
| | ) | VERDICT FOR DEFENDANT |
| v. | ) | AYLSTOCK FIRM |
| | ) | AGAINST PLAINTIFF ON |
| AYLSTOCK, WITKIN, KREIS & | ) | PLAINTIFF'S BREACH OF |
| OVERHOLTZ, PLLC, | ) | CONTRACT CLAIM |
| | ) | |
| Defendants. | ) | |

We the jury, being duly impaneled and sworn, find by a preponderance of the evidence in favor of the Defendant Aylstock Firm and against the Plaintiff Misny & Associates on Plaintiff's breach of contract claim.



Foreperson

DATED: 2/7/17

