UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MISNY & ASSOCIATES CO., L.P.A., | ) | CASE NO. 1:15 CV 681 |
| | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | JUDGMENT |
| ALYSTOCK, WITKIN, KREIS & | ) | |
| OVERHOLTZ, PLLC, | ) | |
| | ) | |
| Defendant. | ) | |

The above-captioned case came before this Court for a trial by jury. At the conclusion of the trial, the Jury returned a unanimous Verdict in favor of the Defendant on its claim for breach of contract against Defendant.

Plaintiff's Amended Complaint asserted claims of breach of contract, conversion, quantum meruit and fraud against the Defendant. Defendant asserted counterclaims of declaratory judgment and quantum meruit against the Plaintiff. Following cross motions for summary judgment, only Plaintiff's claim for breach of contract proceeded to trial.

The trial commenced on February 2, 2017. Parties stipulate to a non-jury trial pursuant to Fed. R. Civ. P. 39(a)(1). The Court determined that under the circumstances, the case would proceed with an Advisory Jury pursuant to Fed. R. Civ. P. 39(c). A Jury of twelve was duly impaneled and sworn, and opening statements of counsel were made. Plaintiff called the following witness(es): (1) Justin Witkin; (2) Patti Green (written deposition); and (3) Charity Forman (written deposition). Court was then adjourned until February 3, 2017 at 8:00 a.m.

The trial continued on February 3, 2017. Plaintiff called the following witnesses: (3) Charity Forman (written deposition), continued. Defendant called the following witness out of order: (1) Zoe Littlepage. Plaintiff called the following witness(es): (4) Amy Ann Kuhn; and (5) Timothy E. Misny. Court was then adjourned until February 6, 2017 at 8:00 a.m.

The trial continued on February 6, 2017. Plaintiff called the following witnesses: (5) Timothy Misny, continued; and (6) Jonathon Adler. Plaintiff rested. The Defendant's motion pursuant to Fed. R. Civ. P. 50(a) was denied. The Defendant called the following witness(es): (2) Justin Witkin; (3) Daniel Thornburg; and (4) Brian Alystock. The Defendant rested. Plaintiff called the following witness in rebuttal: (1) Amy Kuhn. Plaintiff rested. The Court gave preliminary instructions of law to the Jury. Court was then adjourned until February 7, 2017 at 8:00 a.m.

The trial continued on February 7, 2017. The parties withdrew their stipulation to waive the jury and agree to be bound by the jury's verdict. Final arguments of counsel were made. The Court gave final instructions on the law pursuant to Rule 51 of the Federal Rules of Civil Procedure, and the Jury retired to deliberate. The Jury, in open court, with all parties and counsel present, returned the following unanimous Verdict pursuant to Rules 48 and 49 of the Federal Rules of Civil Procedure:

### VERDICT FOR DEFENDANT AYLSTOCK FIRM AGAINST PLAINTIFF ON PLAINTIFF'S BREACH OF CONTRACT CLAIM

We the jury, being duly impaneled and sworn, find by a preponderance of the evidence in favor of the Defendant Aylstock Firm and against the Plaintiff Misny & Associates on Plaintiff's breach of

contract claim.

The Court read the Verdict in open court, and thereafter, the Court polled the Jury. Each Juror affirmatively responded to the correctness of the Verdict and the Court accepted the Verdict. The Jury was discharged.

**THEREFORE**, the Court enters Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure in favor of the Defendant and against the Plaintiff on Plaintiff's breach of contract claim. All costs to Plaintiff. Court is adjourned.

**IT IS SO ORDERED.**

/s/ Donald C. Nugent
DONALD C. NUGENT
UNITED STATES DISTRICT JUDGE

DATE: February 8, 2017